## HMS GEN. CONTR'RS v. SNIPES & ASSOC., INC.

No. 268P98

Case below: 129 N.C.App. 647

Petition by defendants (Snipes and Pope) for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 31 July 1998.

## HUBBARD v. STATE CONSTRUCTION OFFICE

No. 352P98

Case below: 130 N.C.App. 254

Petition by petitioner for discretionary review pursuant to G.S. 7A-31 denied 8 October 1998.

## HUGHES v. WELCH

No. 282P98

Case below: 129 N.C.App. 843

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 8 October 1998.

## IN RE BAILEY

No. 317P98

Case below: 130 N.C.App. 340

Petition by petitioner for writ of supersedeas denied 12 August 1998. Petition by petitioner for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals allowed 8 October 1998.

## IN RE WILL OF TAYLOR

No. 306P98

Case below: 129 N.C.App. 843

Petition by propounder (Kenneth Davis) for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 8 October 1998.